IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ------------------------------- | ) | Civil Action |
| | ) | |
| BLUME HONEY WATER LLC, | ) | CIVIL ACTION NO: 2:20-cv-00927-RJC |
| | ) | The Hon. Robert J. Colville |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| BYLT PERFORMANCE LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ------------------------------- | ) | |

### ' ORDER DISMISSING CASE WITH PREJUDICE

After consideration of the Stipulation for Dismissal with Prejudice, the Court finds the Stipulation for Dismissal with Prejudice should by **GRANTED**.

**IT IS HEREBY ORDERED:**

Plaintiff and Defendant have resolved all claims that were or could have been brought in this action. Accordingly, the above-referenced action is hereby dismissed with prejudice. For the purpose of enforcement of the settlement agreement between Plaintiff and Defendant, the Court retains jurisdiction for same.

_____
Robert J. Colville
United States District Judge

Dated: November 22, 2021